# Third District Court of Appeal
## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1783
Lower Tribunal No. F18-15004B
_____


**Jermaine Sheldon King,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.


Before FERNANDEZ, LINDSEY and MILLER, JJ.

PER CURIAM.

Affirmed.